IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**ROBERT LISKA,**

**Defendant.**                                                    No. 06-30167-DRH

### ORDER

**HERNDON, Chief Judge:**

The Court has been informed that attorney Daniel Schattnik has a conflict in this matter. Thus, the Court *sua sponte* **REMOVES** Mr. Schattnik as counsel and **APPOINTS** attorney Grant Shostak, 8015 Forsyth Boulevard, St. Louis, Missouri 63105, 314-725-3200 to represent Liska in this matter.

**IT IS SO ORDERED.**

Signed this 30th day of April, 2008.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**